Thurman S. TRAMMEL, Jr., Appellant,

v.

Viola TRAMMEL (now Noe), Appellee.

Court of Appeals of Kentucky.

Sept. 16, 1960.

G. D. Milliken, Jr., Bowling Green, for appellant.

George O. Bertram, Campbellsville, for appellee.

PER CURIAM.

This is a motion for appeal by Thurman S. Trammel, Jr. from a custody of child judgment of the Taylor Circuit Court.

A consideration of the record has failed to disclose any error prejudicial to appellant's substantial rights.

The motion for an appeal is therefore overruled and the judgment is affirmed.